# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **CINDY JEDZINIAK** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:16-CV-02475** |
| | § | |
| **THE TRAVELERS HOME AND MARINE** | § | |
| **INSURANCE COMPANY** | § | |

## NOTICE OF SETTLEMENT

COME NOW, Cindy Jedziniak, the plaintiff herein, and The Travelers Home and Marine Insurance Company, the defendant herein, and, pursuant to Local Rule 16.3 of the Local Rules for the Southern District of Texas, notify the Court that the parties have reached a settlement agreement that will result in a full and final release and dismissal with prejudice of all claims and causes of action asserted in this lawsuit.  The parties request thirty days to file a joint stipulation of dismissal and proposed order of dismissal and final judgment in order to afford the parties sufficient time to effectuate a full and final release and dismissal with prejudice of all claims asserted in this lawsuit.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

FITTS LAW FIRM, PLLC
27 Daly & Black, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
Houston, Texas 77056
(713) 655-1405
(713) 655-1587 - facsimile

 /s/ Charlie Gustin (w/permission)
Charlie Gustin
State Bar No. 24078605
CGustin@dalyblack.com

ATTORNEYS FOR PLAINTIFF
CINDY JEDZINIAK




ORGAIN BELL & TUCKER, LLP
P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile


 /s/ Greg C. Wilkins
Greg C. Wilkins
State Bar No. 00797669
Southern District Bar No. 33280
gcw@obt.com

ATTORNEYS FOR THE TRAVELERS HOME AND MARINE INSURANCE COMPANY

2

## **CERTIFICATE OF SERVICE**

     I do hereby certify that on the 6th of April, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

                                             /s/ Greg C. Wilkins
                                             Greg C. Wilkins